IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HERBERT L. CAMPBELL, ) | |
| ) | 4:05CV3081 |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BOB HOUSTON, et al., ) | |
| ) | |
| Respondents. ) | |

This matter is before the court on filing nos. 10, the motion to amend, and filing no. 11, the motion to construe as a supplement, both filed by the petitioner. In filing no. 10, the petitioner requests leave to amend the petition and includes additional information regarding his case in that request. In filing no. 11, the petitioner requests that the court construe filing no. 10 as a supplement to his petition. After review of the proposed amended petition, it does appears that the petitioner is merely supplementing and clarifying issues in the original petition. Therefore, filing no. 10 is granted and will be construed as a supplement to the original petition. Filing no. 11 is granted.

SO ORDERED.

DATED this 20th day of May, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge