IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HERBERT L. CAMPBELL, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3081 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on filing no. 22, the petitioner's Objection to my Memorandum and Order and accompanying Judgment dismissing his Petition for Writ of Habeas Corpus; and filing no. 23, the petitioner's Motion for leave to supplement his objections.  Both motions are denied. Judgment has been entered, and the case is closed. No further action will be taken by this court.

    SO ORDERED.

December 6, 2005.        BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge