IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HERBERT L. CAMPBELL, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3081 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

Before the court is filing no. 27, the Motion for Appointment of Counsel on appeal filed by the petitioner, Herbert L. Campbell. The plaintiff's motion for appointment of counsel on appeal should be addressed to the Eighth Circuit Court of Appeals. Therefore, filing no. 27, the plaintiff's pending motion for appointment of counsel, is denied, without prejudice to reassertion of a similar motion before the Eighth Circuit Court of Appeals.

SO ORDERED.

December 7, 2005.                       BY THE COURT:

                                        s/ Richard G. Kopf
                                        United States District Judge